IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00457-BNB

GERALD HURLEY,

    Applicant,

v.

SUSAN JONES, C.S.P., D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2008

GREGORY C. LANGHAM
CLERK

## ORDER TO FILE AMENDED APPLICATION

Applicant, Gerald Hurley, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City. Mr. Hurley initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

The Court must construe the habeas corpus application liberally because Mr. Hurley is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Hurley will be ordered to file an amended application.

Mr. Hurley alleges that he was convicted in Jefferson County District Court on charges of criminal attempt, and that he was sentenced to twelve years of incarceration. He alleges that the judgment of conviction was entered on April 9, 2004. Mr. Hurley fails, however, to assert in the application any claims for relief. He simply has written

"N/A," on pages five and six, under the section of the application form where he is required to describe his claims.

The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); **Browder v. Director, Dep't of Corrections**, 434 U.S. 257, 269 (1978); **Ewing v. Rodgers**, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought." Fed. R. Civ. P. 8(d)(1) provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Rule 4 of the Rules Governing Section 2254 Cases also requires Mr. Hurley to go beyond notice pleading. *See* **Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). He must clearly allege his claims, and he must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. *See* **Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Mr. Hurley has failed to meet the requirements of both Fed. R. Civ. P. 8 and Rule 4 of the Section 2254 Rules. The application fails to provide a short and plain statement of his claims showing that he is entitled to relief. Mr. Hurley, however, will be directed to file an amended application that complies with Fed. R. Civ. P. 8 and Rule 4

of the Section 2254 Rules. In the amended application, Mr. Hurley is directed to state, clearly and concisely, each claim he intends to assert in this action. Mr. Hurley also is instructed to assert specifically in the amended application how his federal rights were violated in his state criminal case. Accordingly, it is

ORDERED that Mr. Hurley file **within thirty days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that Mr. Hurley's amended application shall be titled, "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Hurley, together with a copy of this order, two copies of the following form for use in filing the amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Hurley fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice.

DATED April 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00457-BNB

Gerald Hurley
Prisoner No. 121502
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 4/23/08

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk