# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00457-BNB

GERALD HURLEY,

    Applicant,

v.

SUSAN JONES, C.S.P., D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Motion to Correct Pre-Answer Response" submitted to and filed with the Court on May 19, 2008. The motion is GRANTED. Applicant will be allowed **twenty (20) days from the date of this minute order** in which to reply to the corrected pre-answer response.

Dated: May 20, 2008

Copy of this **Minute Order** were mailed on May 20, 2008, to the following:

Gerald Hurley
Reg. No. 121502
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

_____
Secretary/Deputy Clerk