IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00457-BNB

GERALD HURLEY,

Applicant,

v.

SUSAN JONES, C.S.P., D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

This matter is before the Court on the "Motion to Refile Amendid [sic] Application for a Write [sic] of Habeas Corpus" submitted to and filed with the Court on May 30, 2008. The motion is DENIED as unintelligible.

Dated: June 2, 2008

Copy of this Minute Order mailed on June 2, 2008, to the following:

Gerald Hurley
Prisoner No. 121502
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

_____
Secretary/Deputy Clerk